# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**
**2:34 pm, Mar 18 2026**
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| | |
|---|---|
| United States of America<br>v.<br><u>GEOVANI AARON AMEZQUITA-VACA</u><br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   3:26-CR- 54-MOC

**FILED**
Charlotte
Apr 08 2026
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    GEOVANI AARON AMEZQUITA-VACA                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a) - Illegal reentry by an alien

Date: ___3/17/26___

_____
*Issuing officer's signature*

City and state:    Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* __3-18-26__ , and the person was arrested on *(date)* __3-31-26__ at *(city and state)* __Charlotte, NC__ .<br><br>Date: __3/31/2026__<br><br>_____<br>*Arresting officer's signature*<br><br>Trevor Lumadue , DUSM<br>*Printed name and title* |